UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Saunders,<br><br>        Petitioner,<br><br> - *against* -<br><br>Thomas Griffin,<br><br>        Respondent. | 17CV8683 (NSR)(LMS)<br><br>**REPORT AND<br>RECOMMENDATION** |

**TO: THE HONORABLE NELSON S. ROMÁN, U.S.D.J.**[1]

Currently before the Court is a letter filed by Petitioner Michael Saunders, requesting to withdraw his petition for a writ of habeas corpus. Docket # 16. No reply to this letter has been submitted by Respondent. Accordingly, I conclude, and respectfully recommend that Your Honor should conclude, that the application should be granted, the petition for a writ of habeas corpus should be withdrawn, and the case should be closed.

**NOTICE**

Pursuant to 28 U.S.C. § 636(b)(1), as amended, and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days, plus an additional three (3) days, pursuant to Fed. R. Civ. P. 6(d), or a total of seventeen (17) days, see Fed. R. Civ. P. 6(a), from the date hereof, to file written objections to the Report and Recommendation. Such objections, if any, shall be filed with the Clerk of the Court, with extra copies delivered to the chambers of the Honorable Nelson S. Román, United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, 10601, and to the chambers of the undersigned at the same address.

---

[1] On November 20, 2017, this matter was referred to the undersigned by the Honorable Nelson S. Román. Docket # 5.

Failure to file timely objections to the Report and Recommendation will preclude later appellate review of any order of judgment that will be entered.

Requests for extensions of time to file objections must be made to Judge Román.

Dated: March 27, 2018
White Plains, New York

Respectfully submitted,

*[signature]*

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

Chambers has mailed a copy of this Report and Recommendation to both Petitioner and Respondent