UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL SAUNDERS,

        Petitioner,

-against-

THOMAS GRIFFIN,

        Respondent.

17-cv-8683 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On March 8, 2018, Petitioner submitted a letter to this Court requesting to withdraw his petition for a writ of habeas corpus. (ECF No. 16.) No reply to this letter has been submitted by Respondent. Accordingly, Magistrate Judge Smith issued a Report and Recommendation on March 27, 2018, recommending that Petitioner's application be granted. (ECF No. 17.)

Because Respondent has not objected to Petitioner's March 8, 2018 request, this Court adopts Magistrate Judge Smith's Report and Recommendation and deems the petition of writ of habeas corpus withdrawn, without prejudice. The Clerk of the Court is respectfully directed to close this action. The Clerk of the Court is further directed to mail this Order to Petitioner at the address listed below.

SO ORDERED:

Dated: March 29, 2018
      White Plains, New York

                                    NELSON S. ROMÁN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/2018

**Mail to:**

**Michael Saunders**
13A3260
Green Haven C.F.
594 Rt. 216
Stormville, NY 12582